**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re                                    ) Case No. 26-20263 - B - 13
Shukimba Malik Carlis,                   ) Docket Control No.
                    Debtor.              ) Document No. 13
                                         ) Date: 03/31/2026
                                         ) Time: 11:00 AM
                                         ) Dept: B
_____

**Order**


Findings of fact and conclusions of law having been stated orally on
the record and good cause appearing.

IT IS ORDERED that the Order to Show Cause is DISCHARGED.  Resolved
without oral argument.


**Dated:**  April 03, 2026


Christopher D. Jaime, Chief Judge
United States Bankruptcy Court


[13] - Order to Appear Re: [13] Order to Show Cause (mpes). Modified on 3/3/2026 (mpes). [13] -
Order to Show Cause ; This order is Transmitted to BNC for Service. Show Cause hearing to be held
on 3/31/2026 at 11:00 AM at Sacramento Courtroom 32, Department B Judge Christopher D. Jaime will
preside over the hearing. (mpes)