FORM EDC 6−632 Order Closing Case Where Case Has Been Dismissed (v.8.14) 

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov

# ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

**Case Number:** 26−20263 − S − C − 13 C

**Debtor Name(s) and Address(es):**

Shukimba Malik Carlis
PO Box 665
Suisun City, CA 94585

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above−entitled case be and the same is hereby closed.

Dated: 4/13/26

Scott Yach
Clerk of Court